# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



2015 MAY 14  PM 3: 31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN ANTONIO PORTILLO-LAZO,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 14CR1741-MMA<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　The Court has granted the motion of the Government for dismissal of the offense as charged in the Information 8:1326(a) and (b) - Attempted Reentry of Removed Alien.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/14/2015

MICHAEL M. ANELLO
U.S. DISTRICT JUDGE